UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff**                                                                 Crim. No. 19-647(RAM)

Vs.

**GUELVIN BENITEZ-CARRASQUILLO [2]**
**Defendant**

## MOTION FOR ORDER

**TO THE HONORABLE COURT:**

**NOW COMES**, Guelvin Benitez-Carrasquillo, through his Court appointed counsel, who respectfully States and Prays:

1. On December 6, 2019, this Honorable Court entered an order setting a status conference for February 6, 2020; the minute entry of said hearing indicates that all deadlines set by the Court shall remain. (DE 57)

2. Notwithstanding, and to our understanding, during said hearing the Court indicated that the deadlines and trial set would be held on abeyance, and were to be discussed in the next status conference to be held on February 6, 2020.

3. Accordingly, it is respectfully requested from this Honorable Court to enter an order indicating that pretrial matters, including that of the filing of dispositive motions, plea deadlines, and trial, will be discussed during the status conference set for February 6, 2020.

**WHEREFORE,** it is respectfully requested from this Honorable Court to enter and order granting the present motion.

**RESPECTFULLY SUBMITED**

In San Juan, Puerto Rico, this 26th day of January, 2020.

**CERTIFICATE**:  I certify that on this same day the present motion has been notified to all parties of record via electronic means CM/ECF.

                                              s:/**Antonio L. Bisbal Bultrón**

                                          **ANTONIO L. BISBAL BULTRON, ESQ.**
USDC-PR 214913
L&M Building, Suite C
14 O'Neill St.
San Juan, PR  00918
P.O. Box 9023851
San Juan, PR 00902-3851
Tel. (787) 531-4416
E-mail: bmlegalpr@gmail.com